UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KENNETH EDGAR,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION SERVICES,<br><br>Defendant. | CASE NO. CV09-7106 (JHN) (SSx)<br><br>Judge: Hon. Jacqueline H. Nguyen<br>Dept.:<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR STIPULATED PROTECTIVE ORDER<br><br>ACTION FILED: 9/30/2009<br>TRIAL DATE: 8/17/2010 |

Based upon the Parties Joint Motion for Stipulated Protective Order, and good cause appearing, this Court grants the Parties Joint Motion for Stipulated Protective Order.

All future discovery filings shall include the following language on the cover page: "[Referred to Magistrate Judge Suzanne H. Segal]"

IT IS SO ORDERED.

DATED: 4/26/10

_____
UNITED STATES MAGISTRATE JUDGE

4850-2800-7942.1

-1-

[PROPOSED] ORDER

LEWIS BRISBOIS BISGAARD & SMITH LLP